CHAUNCEY C. CROLL, Appellant, v. STEPHEN YANES, Respondent.— Judgment and order affirmed, with costs. Memorandum: We are of the opinion that the verdict was not for an inadequate amount when the testimony as to the expenses, offered by the defendant, is given full consideration. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial on the ground that the verdict is inadequate.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

PHILIP GIOFRIDA, Respondent, v. MARCELLO SCAGLIOLA and ARNOLD SCAGLIOLA, Doing Business under the Name of SCAGLIOLA & SON, Appellants.— Judgment affirmed, with costs. Memorandum: The complaint alleges performance by plaintiff of a contract to procure for defendants a contract to build a house. The record shows that plaintiff introduced defendants to Lipsky and exerted considerable effort to induce Lipsky to enter into a building contract with defendants. Such contract was ultimately entered into, but only after defendants had become the successful competitive bidder. But there is evidence given without objection that defendants agreed that even though their success in securing the contract with Lipsky depended on successful competitive bidding they would pay plaintiff a $250 commission; and there is evidence that, after defendants secured the Lipsky contract, they acknowledged their indebtedness to plaintiff in the sum of $250 and paid fifty dollars thereon. This is the second time plaintiff has secured a verdict. We cannot say that the weight of the evidence calls for a reversal. All concur. (The judgment affirms a judgment of Rochester City Court, Civil Branch, in favor of plaintiff in an action to recover real estate commissions.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Estate of R. ROY DURHAM, Also Known as ROBERT ROY DURHAM, Deceased.— Upon reargument decree so far as appealed from, affirmed, with costs. (See *Matter of Durham*, 255 App. Div. 941; 256 id. 1043.) All concur. (The portion of the decree appealed from denies a petition for appointment of an administrator.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

EVA KEENER, Respondent, v. BENJAMIN E. TILTON, as Trustee of the NEW YORK STATE RAILWAYS, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. [See 256 App. Div. 1034.] Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Final Judicial Settlement of the Account of THE SYRACUSE TRUST COMPANY, as Trustee under the Last Will and Testament of FRANK ALBERT GARRETT, Deceased.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.